# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __Gary & Deborah Dahlen__

Chapter 7 Case No. __09-60631__

Please Check One:

☐ 1 Unclaimed Dividends

x 2 Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | 2 | $16.49 | $4.20 |

Date: June 1, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757